U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:

US v Terry Wimberly                                             08 CR 55-2

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry Wimberly

**FILED**
JAN 2 3 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Thomas More Leinenweber | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM ~~FEDERAL DEFENDER PROGRAM~~ Leinenweber & Baron, LLC | |
| STREET ADDRESS ~~55 E. Monroe Street, Suite 2800~~ 321 S Plymouth Ct Suite 1515 | |
| CITY/STATE/ZIP Chicago, Illinois 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209036 | TELEPHONE NUMBER 312/~~621-8300~~ 667-3003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☑ | |