# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 2 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Terry Wimberly | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held on 1/29/2008. Thomas More Leinenweber withdraws his appearance as counsel for defendant. Thomas K. McQueen and William G. McGarr are given leave to file their appearances as counsel for defendant. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Defendant waives his right to a detention heairng. Order defendant detained pending further court proceedings.

Docketing to mail notices.

00:29

| | Courtroom Deputy Initials: | IS |
|---|---|---|