**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

UNITED STATES OF AMERICA,                                           08 CR 0055-2
v.
TERRY WIMBERLY et al., DEFENDANTS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRY WIMBERLY

**FILED**
JAN 29 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | THOMAS K. McQUEEN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Thomas K. McQueen |
| FIRM | THOMAS K. McQUEEN |
| STREET ADDRESS | 321 S. PLYMOUTH CT. 10TH FLOOR |
| CITY/STATE/ZIP | CHICAGO, IL. 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 1869671 |
| TELEPHONE NUMBER | 312-360-5025 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒      APPOINTED COUNSEL ☐