Minute Order Form (rev. 4/99)

08 GJ 0136

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE ASHMAN | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | JUDGE RONALD GUZMAN 08 CR 0055 | DATE | FEBRUARY 13, 2008 |
| CASE TITLE | US v. NORMAN WIMBERLY, TERRY WIMBERLY & DONTAVIS WILLIAMS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Maria Valdez*

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO ALL DEFENDANTS.

**RECEIVED**

FEB 1 3 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ☐ No notices required, advised in open court. | | | Date docketed | |
| ☐ No notices required. | | | Docketing dpty. initials | |
| ☐ Notices mailed by judge's staff. | | | | |
| ☐ Notified counsel by telephone. | | | Date mailed notice | |
| ☐ Docketing to mail notices | | | | |
| ☐ Mail AO 450 form. | | | | |
| ☐ Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |