UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| NORMAN WIMBERLY, et. al. | ) | |

**NOTICE OF FILING**

TO: THOMAS MORE LEINENWEBER
     Leinenweber & Baroni, LLC
     321 South Plymouth Court, Suite 1515
     Chicago, IL 60604

     Please take notice that on this 22nd day of April, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT DONTAVIS WILLIAMS' PRETRIAL MOTIONS.

     Respectfully submitted,

     PATRICK J. FITZGERALD
     United States Attorney

By:   s/Michael J. Ferrara
     MICHAEL J. FERRARA
     Assistant United States Attorney
     219 South Dearborn, 5th Floor
     Chicago, Illinois 60604
     (312) 886-7649