UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 55-2 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| TERRY WIMBERLY | ) | |

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Drug Conviction To Be Relied Upon In Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event that the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offense charged in Count One of the indictment:

On or about February 2, 1998, defendant was found guilty of possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), in the United States District Court for the Middle District of Georgia, in case number 97 CR 19-002, and was sentenced to 96 months in the Bureau of Prisons.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/Michael J. Ferrara
        MICHAEL J. FERRARA
        Assistant United States Attorney
        219 S. Dearborn Street - 5th Floor
        Chicago, Illinois 60604
        (312) 886-7649

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 08 CR 55-2 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| TERRY WIMBERLY ) | |

### CERTIFICATE OF SERVICE

It is hereby certified that on April 23, 2008, I caused copies of the GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT to be served upon:

> WILLIAM G. MCGARR
> Law Offices of William G. McGarr
> 550 E. Devon Avenue, Suite 160
> Itasca, IL 60143

via hand delivery, on said date.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By:   s/Michael J. Ferrara
> MICHAEL J. FERRARA
> Assistant United States Attorney
> 219 South Dearborn, 5th Floor
> Chicago, Illinois 60604
> (312) 886-7649