UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55-2 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| TERRY WIMBERLY | ) | |

**NOTICE OF FILING**

TO:    WILLIAM G. MCGARR
        Law Offices of William G. McGarr
        550 E. Devon Avenue, Suite 160
        Itasca, IL 60143

     Please take notice that on this 19th day of May, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT.

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

            By:    s/Michael J. Ferrara
                      MICHAEL J. FERRARA
                      Assistant United States Attorney
                      219 South Dearborn, 5th Floor
                      Chicago, Illinois 60604
                      (312) 886-7649