# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 2 | **DATE** | 8/25/08 |
| **CASE TITLE** | USA vs. TERRY WIMBERLY | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that defendant is to be housed at the Metropolitan Correctional Center in Chicago in preparation of the trial set for 9/2/08 at 9:00 a.m.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | CG |